# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| ANA GOVENDER, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:17-cv-00288-O-BP |
| BSI FINANCIAL SERVICES and WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND TRUST I, | § |
| Defendants. | § |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint (ECF No. 7), filed April 18, 2017. Plaintiff Ana Govender has not filed a response despite the Court granting her an extension of time, ordering her to file a motion for extension of time showing good cause for her failure to comply with the Court's order, and ordering her to file a response to Defendants' Motion to Dismiss if she intended to pursue her claims. ECF Nos. 11, 12, 13.

Therefore, the undersigned is of the opinion that Defendants' Motion to Dismiss is unopposed and should be GRANTED. Accordingly, the undersigned RECOMMENDS that United States District Judge Reed O'Connor GRANT Defendants' Motion to Dismiss and DISMISS with prejudice all of Plaintiff's claims.

A copy of this findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of this findings, conclusions, and

recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)(1). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions, and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).

Signed June 26, 2017.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE