IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANA GOVENDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00288-O-BP |
| | § | |
| BSI FINANCIAL SERVICES and | § | |
| WILMINGTON SAVINGS FUND | § | |
| SOCIETY FSB, D/B/A CHRISTIANA | § | |
| TRUST, NOT IN ITS INDIVIDUAL | § | |
| CAPACITY BUT SOLELY AS | § | |
| TRUSTEE FOR BROUGHAM | § | |
| FUND TRUST I, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 16). No objections were filed, and the Magistrate's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 16) are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint (ECF No. 7) is **GRANTED**.

**SO ORDERED** on this **12th day** of **July, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE